AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jesus Mario Mata Hernandez<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. SA-18-MJ-1126-001 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2018__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) | Possession with Intent to Distribute a controlled substance, which offense involved more than 500 grams of a mixture or substance containin a detectable amount of Methamphetamine<br><br>PENALTIES: 10 years to life imprisonment, $10 million fine, minimum 5 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SAPD Narcotics Detective Fares Khalaf #2162
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/11/2018

City and state: San Antonio, Texas

_____
Judge's signature

Elizabeth S. Chestney, US MAGISTRATE JUDGE
Printed name and title

**CRIMINAL COMPLAINT - AFFIDAVIT**
U. S. v. Jesus Mario Mata Hernandez

I am currently employed as a Detective with the San Antonio Police Department and am assigned to the Narcotics Unit. The following is based on my personal investigation.

Detective Neal #2350 along with other SAPD Narcotics Detectives, received information that **Jesus Mario Mata Hernandez (Hernandez)** was manufacturing and distributing commercial quantities of Methamphetamine from various locations throughout the City of San Antonio. Information was received that **Hernandez** was storing Methamphetamine and Heroin at 623 E. Bonner #108 and allowing an unknown male to distribute it. Information was also received that he used his residence at 7600 W. Military Dr #90 to store large amounts of Methamphetamine.

On or about September 10 2018, surveillance was again established at 623 E. Bonner #108. At one point during surveillance, we observed three males exit the location and depart in a black 2009 Chevy truck. In an attempt to identify the three unknown males, we requested South Patrol SAPD officers conduct a traffic stop on the vehicle after it committed a traffic violation. Once stopped, the driver identified as **Hernandez**, was placed under arrest for failing to possess a valid driver's license. While dealing with **Hernandez**, the front seat passenger **(Alvaro Ramirez)** attempted to flee on foot from the uniformed officers and was subsequently taken into custody.

With all three occupants detained, Detective Hernandez #2319 arrived at the traffic stop and advised **Hernandez** of his Miranda Constitutional Rights via SAPD Form 66-E. **Ramirez** and the other occupant of the vehicle had their rights read to them by the uniformed officer. **Hernandez** stated he understood his rights. **Hernandez** waived his rights and acknowledged that he just left the location after picking up the other occupants to run an errand. At this time, Detective Neal sought out and was granted a state search warrant for the listed location.

Upon executing the search warrant, a search yielded approximately 308.5 grams of Heroin, and 4.7 grams of Methamphetamine. **Ramirez** waived his rights at the scene and advised us all of the narcotics in the room belonged to him. **Ramirez** further stated that he had just dropped off two (2) assault rifles at 7600 W. Military Dr #90, which were recently purchased by him and his girlfriend and were to be transported to a Mexican drug cartel by **Hernandez**. **Ramirez** further stated this location belonged to **Hernandez**. We again contacted **Hernandez** and asked him where he resided. **Hernandez** stated he lived at 7600 W. Military Dr. #90 with his wife and five (5) children. During several discussions with **Hernandez**, **Hernandez** stated we could go back to his residence at 7600 W. Military Dr. #90 and he voluntarily gave consent to search the location.

When we arrived at 7600 W. Military Dr. #90, I advised **Hernandez**'s wife why I was there and was able to obtain consent to search their residence.

As we walked into **Hernandez**'s master bedroom, a search of their room was conducted. The search yielded two (2) AR-15 rifles located under the bed, along with approximately 34 pounds of Methamphetamine behind a dresser. A brown cardboard box was also found behind the dresser with MSM containers. I again contacted **Hernandez** and advised him of the rifles found under the bed. **Hernandez** acknowledged the rifles were his and stated that they were going to be used at a future hunt. **Hernandez** was asked about the Methamphetamine found in the same room at which point he stated he did not know what we were talking about and requested his attorney.

All of the evidence were photographed, collected, processed and placed into the San Antonio Police Department's property room. The alleged Methamphetamine was positively field tested as Methamphetamine.

Based on my training and experience, 34 pounds of Methamphetamine is an amount consistent with distribution.

Fares S. Khalaf #2162,
SAPD Narcotics Unit Detective

Sworn to before me and subscribed in my presence on September 11, 2018, at San Antonio, Texas.

Elizabeth S. Chestney
United States Magistrate Judge