IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § § | |
| **VS** | § § | **CAUSE NO: 5:18-CR-00693-DAE** |
| **JESUS MARIO MATA HERNANDEZ** | § § | |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JESUS MARIO MATA HERNANDEZ, Defendant in the above-entitled and numbered cause, and moves this Court to allow the substitution of ALAN BROWN and ALEX J. SCHARFF of Bexar County, Texas, practicing attorneys licensed to practice law in the Federal Courts of the State of Texas in the place and stead of the Honorable MOLLY LIZABETH ROTH, likewise a practicing attorney licensed to practice law in the Federal Courts of the State of Texas, as attorney for the above-named Defendant in this cause. In support of this motion, the Defendant would show unto the Court at follows:

I.

The Honorable MOLLY LIZABETH ROTH is the attorney of record in this cause.

II.

The Defendant now desires to have ALAN BROWN and ALEX J. SCHARFF represent him as retained counsel and to appear as counsel of record on Defendant's behalf.

III.

Counsel will provide the Honorable MOLLY LIZABETH ROTH with a copy of this Motion via email.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Court permit the substitution of counsel as requested above in this cause.

_____
DEFENDANT

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (F)
state@lawofficesofalanbrown.com

_____/S/_____
ALAN BROWN
BAR NO. 0309000

_____/S/_____
ALEX J SCHARFF
BAR NO. 17727350

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office  
800 Franklin, Suite 280  
Waco, TX 76701

/S/  
ALAN BROWN  
BAR NO. 0309000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § § | |
| **VS** | § § | **CAUSE NO: 5:18-CR-00693-DAE** |
| **JESUS MARIO MATA HERNANDEZ** | § § | |

## ORDER

On this date came to be considered Defendant's Motion For Substitution Of Counsel. After consideration of same, the Court is of this opinion that said Notice is hereby

(GRANTED)        (DENIED).

IT IS HEREBY FURTHER ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the _____ day of _____, 2018.