UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  SA:18-CR-00693(1)-DAE |
| (1) Jesus Mario Mata Hernandez | § § | |

### ORDER OF REFERRAL

The court having considered the consent by the Defendant, refers this case to the United States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

IT IS SO ORDERED.

DATED: San Antonio, Texas, December 21, 2018.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE